**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

GREGORY  DOTSON,                                    )
                                                                       )
      Plaintiff,                                       )
                                                                       )
v.                                                                   )          Civil No. 3:13-0119
                                                                       )          Judge Trauger
ROLAND COLSON, (F/N/U) FORD,               )          Magistrate Judge Brown
(F/N/U) GIBBS, SANDRA HALL,                    )
(F/N/U) HORTON, and CORIZON MEDICAL      )
SERVICES,                                                     )
                                                                       )
      Defendants.                                   )

## O R D E R

It is hereby **ORDERED** that this case is set for a jury trial on October 28, 2014 at 9:00

a.m.  It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and

enter a pretrial order.  He shall assist the plaintiff with the preparation of subpoenas, discuss

exhibits, instructions and all other matters necessary for having the case prepared to be tried on

the date set.

The Magistrate Judge has been managing this case.  If he considers it appropriate to

appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 9th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge