IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGORY DOTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0119 |
| | ) | Judge Trauger |
| ROLAND COLSON, (F/N/U) FORD, | ) | Magistrate Judge Brown |
| (F/N/U) GIBBS, SANDRA HALL, and | ) | |
| (F/N/U) HORTON, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On June 30, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 91), to which no timely objections have been filed. For the reasons expressed therein, it is hereby **ORDERED** that all claims in this action are **DISMISSED AS MOOT**. This Order shall constitute the judgment in this case, and the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 5th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge